UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:02-CR-34 (3) RM |
| ) | |
| PAISIT BENCHARIT ) | |

ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on August 22, 2007 [Doc. No. 40]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Paisit Bencharit's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   October 31, 2007

                                              /s/ Robert L. Miller, Jr.
                                              Chief Judge
                                              United States District Court